**STATE of Missouri, Respondent,**

v.

**Matthew L. CARRELL, Appellant.**

**No. WD 62628.**

Missouri Court of Appeals,
Western District.

Sept. 14, 2004.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 2, 2004.

Application for Transfer Denied
Dec. 21, 2004.

James F. Crews, Tipton, MO, for appellant.

Deborah Daniels, Assistant Attorney
General, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, Chief
Judge, THOMAS H. NEWTON, Judge
and LISA WHITE HARDWICK, Judge.

### ORDER

PER CURIAM.

Matthew Carrell appeals from his conviction on one count of possession of a controlled substance with the intent to dis-

tribute, § 195.211, RSMo 2000. Appellant was sentenced as a prior and persistent drug offender to a term of twenty-five years in the Missouri Department of Corrections. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).